NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JUAN VAZQUEZ, DOC #T31017      )
                              )
            Appellant,        )
                              )
v.                            )
                              )      Case No. 2D18-208
STATE OF FLORIDA,             )
                              )
            Appellee.         )
_____)

Opinion filed August 29, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Michelle Sisco,
Judge.

Juan Vazquez, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and CRENSHAW and SLEET, JJ., Concur.